**EXHIBIT**

H

## CHASE ◉

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

September 27, 2017 through October 25, 2017

Account Number:  **000000462408605**

00001078 1 AV 00.373

00001078 DRE 662 141 29917 NNNNNNNNNN T 1 000000000 17 0000 T383412 P18238
EST OF CEOLA M LENOX
DANNIE G LENOX PERS REP
3806 N SHADYBROOK DR
MIDWEST CITY OK 73110-3427

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and fees online at **chase.com/overdraft-services**. Additionally, you can find ways to avoid overdraft fees at **chase.com/AccountTips.**

If you have questions, please call us anytime at the number on your statement.

## CHECKING SUMMARY    Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$33,576.78** |
| Deposits and Additions | 9,895.16 |
| **Ending Balance** | **$43,471.94** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.28 |
| Interest Paid Year-to-Date | $2.42 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $33,576.78 |
| 10/19 | Deposit    1692579083 | 9,894.88 | 43,471.66 |
| 10/25 | Interest Payment | 0.28 | 43,471.94 |
| | Ending Balance | | $43,471.94 |

 **CHASE**

September 27, 2017 through October 25, 2017
Account Number:   **000000462408605**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

---