

## Chicago Title Oklahoma Co.
5617 N Classen Blvd., Suite 200, Oklahoma City, OK 73118
Phone: 405-848-2140 | FAX: 405-848-2305

## Disbursements Summary

**Settlement Date:** October 18, 2017
**Disbursement Date:** October 18, 2017
**Settlement Agent:** Chicago Title Oklahoma Co.
405-848-2140

**Escrow No.:** CTO-405-714051701245
**Escrow Officer:** Kaitlin Howard
**Place of Settlement:** 5617 N Classen Blvd., Suite 200
Oklahoma City, OK 73118

**Buyer:** Wazzan Properties LLC
2410 W Memorial Suite C #308
Oklahoma City, OK 73134

**Seller:** Estate of Ceola M Lenox
3806 N Shadybrook Dr
Midwest City, OK 73110

**Property:** 2520 NE 16th St
Oklahoma City, OK 73117

### RECEIPTS
#### POSTED

| Trans. Type | Medium | Reference Number | Trans. Date | Deposit Number | Code | Payor | Memo/ Trans. From | Amount |
|---|---|---|---|---|---|---|---|---|
| Receipt(c) | Cashier Check | 105002532 | 10/19/17 | 905000192 | BA | Wazzan Properties LLC | Cash from Buyer | 16,079.88 |
| | | | | | | | Cash To Close From Buyer | 16,079.88 |

Total POSTED Receipts (1): 16,079.88
Total Pending, Held and Posted Receipts (1): 16,079.88

### DISBURSEMENTS
#### POSTED

| Trans. Type | Medium | Reference Number | Trans. Date | Code | Payee | Memo/ Trans. To | Amount |
|---|---|---|---|---|---|---|---|
| L Transfer | | 405002179 | 10/19/17 | A | Chicago Title Oklahoma Co. | REV201710CLOSED | 150.00 |
| | | | | | | Title - Closing Fee 150.00 | |
| L Transfer | | 405002332 | 11/01/17 | A2 | Chicago Title Oklahoma Co. | REV201711CLOSED | 35.00 |
| | | | | | | Documentary Stamps 15.00 | |
| | | | | | | Recording Fees 15.00 | |
| | | | | | | Title - E-Recording Fee 5.00 | |
| Check(c) | Check | 905010158 | 10/19/17 | GC | Devell Hubbard | Assignment Fee | 6,000.00 |
| | | | | | | Assignment Fee 6,000.00 | |
| Check(c) | Check | 905010130 | 10/18/17 | S | Estate of Ceola M Lenox | Closing Proceeds | 9,894.88 |
| | | | | | | Cash To Seller 9,894.88 | |

Total POSTED Disbursements (4): 16,079.88
Total Pending, Held and Posted Disbursements (4): 16,079.88

### Order Summary

Total Posted Receipts minus Total Posted Disbursements: 0.00
Total Receipts (Pending, Held and Posted): 16,079.88
Total Disbursements (Pending, Held and Posted): 16,079.88
**Balance:** 0.00