

# Chicago Title Oklahoma Co.
5617 N Classen Blvd., Suite 200, Oklahoma City, OK 73118
Phone: 405-848-2140 | FAX: 405-848-2305

## Disbursements Summary

| | | | |
|---|---|---|---|
| **Settlement Date:** | October 18, 2017 | **Escrow No.:** | CTO-405-714051701271 |
| **Disbursement Date:** | October 18, 2017 | **Escrow Officer:** | Kaitlin Howard |
| **Settlement Agent:** | Chicago Title Oklahoma Co.<br>405-848-2140 | **Place of Settlement:** | 5617 N Classen Blvd., Suite 200<br>Oklahoma City, OK 73118 |
| **Buyer :** | Plains States Holdings, LLC<br>6300 Wilshire Blvd #970<br>Los Angeles, CA 90048 | **Seller :** | Wazzan Properties, LLC<br>2410 W Memorial Rd #308<br>Oklahoma City, OK 73134 |
| **Lender:** | | **Property:** | 2520 NE 16th St<br>Oklahoma City, OK 73117 |

**Policies to be Issued:** ALTA Owner's Policy 2006 (Coverage $34,000.00)

### RECEIPTS

#### POSTED

| Trans. Type | Medium | Reference Number | Trans. Date | Deposit Number | Code | Payor | Memo/ Trans. From | Amount |
|---|---|---|---|---|---|---|---|---|
| Wire(c) | Wire | 999005229 | 10/23/17 | | BA | Plains States Holdings, | Cash from Buyer | 35,578.88 |
| | | Cash To Close From Buyer | | | | | 35,578.88 | |
| | | | | | | | **Total POSTED Receipts (1):** | 35,578.88 |
| | | | | | | | **Total Pending, Held and Posted Receipts (1):** | 35,578.88 |

### DISBURSEMENTS

#### POSTED

| Trans. Type | Medium | Reference Number | Trans. Date | Code | Payee | Memo/ Trans. To | Amount |
|---|---|---|---|---|---|---|---|
| Check(c) | Check | 905010157 | 10/19/17 | AB | Chicago Title of OK Co. FBO Wazzan | Funds for 714051701245 | 16,079.88 |
| | | Funds for 714051701245 | | | | 16,079.88 | |
| L Transfer | | 405002178 | 10/19/17 | A | Chicago Title Oklahoma Co. | REV201710CLOSED | 1,460.00 |
| | | Owner's Policy (Coverage $34,000.00) | | | | 215.00 | |
| | | Title - Abstract | | | | 550.00 | |
| | | Title - Closing Fee | | | | 250.00 | |
| | | Title - Final Certification Issuance for Title Insurance (Final Report) | | | | 120.00 | |
| | | Title - Settlement Services | | | | 150.00 | |
| | | Title - Title Exam Fee | | | | 175.00 | |
| L Transfer | | 405002257 | 10/26/17 | A2 | Chicago Title Oklahoma Co. | REV201710CLOSED | 69.00 |
| | | Documentary Stamps | | | | 51.00 | |
| | | Recording Fees | | | | 13.00 | |
| | | Title - E-Recording Fee | | | | 5.00 | |
| Check(c) | Check | 905010156 | 10/19/17 | SU | Hale & Associates Survey | Mortgage Inspection Certificate | 140.00 |
| | | Mortgage Inspection Certificate | | | | 140.00 | |
| Check(c) | Check | 905010155 | 10/19/17 | S | Wazzan Properties, LLC | Closing Proceeds | 17,830.00 |
| | | Cash To Seller | | | | 17,830.00 | |
| | | | | | | **Total POSTED Disbursements (5):** | 35,578.88 |
| | | | | | | **Total Pending, Held and Posted Disbursements (5):** | 35,578.88 |

### Order Summary

| | |
|---|---|
| **Total Posted Receipts minus Total Posted Disbursements:** | 0.00 |
| **Total Receipts (Pending, Held and Posted):** | 35,578.88 |
| **Total Disbursements (Pending, Held and Posted):** | 35,578.88 |
| **Balance:** | 0.00 |