PB-16-721

## STATUTORY DURABLE POWER OF ATTORNEY

NOTICE:    THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT CHAPTER XII, TEXAS PROBATE CODE. IF YOU ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, FRANCES A. GIBSON, residing at 7200 Old Mill Run, Fort Worth, TX 76133, appoints my daughter Tonya R. Parks who resides in Collin County, Texas as my agent (attorney in fact) to act for me in any lawful way with respect to all matters involving the probate of the estate of my mother and her grandmother Mrs. Ceola M. Lenox Cause Number PB-2016-721 In the matter of the estate of Ceola M. Lenox In the District Court in and for Oklahoma County State of Oklahoma. Tonya Parks powers includes but not limited to:

a)  Claims and civil Litigation:
b)  Criminal Litigation:
c)  Complaint with Oklahoma Attorney General:
d)  United States Justice Department:

**THIS DOCUMENT SHALL BE CONSTRUDED AND INTERPRETED AS A GENERAL POWER OF ATTORNEY AND MY AGENT (ATTORNEY IN FACT) SHALL HAVE THE POWER AND AUTHORITY TO PERFORM OR UNDERTAKE ANY ACTION I COULD PERFORM OR UNDERTAKE IF I WERE PERSONALLY PRESENT.**

I agree that any third party who receives a copy of this document may act under its termination of this durable power of attorney is not effective as to third party until the third party has actual knowledge of the termination. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney. The meaning and effect of this durable power of attorney is determined by Texas law.

Signed this day  15th  of May 2019

_Frances A. Gibson_
Frances A. Gibson

## VERIFICATION

STATE OF TEXAS            }

COUNTY OF TARRANT    }

    BEFORE ME, a notary public on this day personal appeared Frances A. Gibson known to me to be the person whose name is subscribed to the foregoing document and, being first duly sworn, declared that the statements therein contained are true and correct.

*[signature]*
Frances A. Gibson

Subscribed and Sworn to before me on the 15th day of May 2019 by Frances A. Gibson.

*[signature]*
Notary Public

MY Commission Number: 130486883

Date Expires: 01·06·2020

CYNTHIA VELEZ
Notary Public, State of Texas
Comm. Expires: 01-06-2020
Notary ID 130486883