## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **TONYA PARKS, et al.,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION 5:23-cv-00041-R** |
| | § | |
| **AIG, et al.,** | § | |
| | § | |
| *Defendants.* | § | |

---

## ENTRY OF APPEARANCE

---

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

> Defendant Chicago Title Company, who was incorrectly named as Chicago Title.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Dated: March 1, 2024.

Respectfully submitted,

*/s/ Brandon Hakari*
Brandon Hakari, OBA #35824
**FIDELITY NATIONAL LAW GROUP**
6900 Dallas Parkway, Ste 610
Plano, Texas 75024
Telephone No: (972) 812-6547
Telecopy No: (972) 812-9408
brandon.hakari@fnf.com

**ATTORNEYS FOR DEFENDANT**
**CHICAGO TITLE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that I submitted the foregoing to the clerk of the United States District Court, Western District of Oklahoma using the electronic case filing system of the Court, and that I served all counsel of record listed below in accordance with Federal Rule of Civil Procedure 5(b)(2) on March 1, 2024.

Ronnie Musgrove
**MUSGROVE AND SMITH, PLLC**
599 Highland Colony Parkway
Ridgeland, MS 39157

Atefeh Eva Borghei
4312 N. Classen Blvd.
Oklahoma City, OK 73118
**COUNSEL FOR PLAINTIFFS**

*via CM/ECF*

Vicki Behenna
Aaron Etherington
Rodney J. Heggy
Carri A. Remillard
**OKLAHOMA COUNTY DISTRICT ATTORNEY**
211 N. Robinson Suite 700 N
Oklahoma City, OK 73102
**COUNSEL FOR DEFENDANTS ABERNATHY, SLIMP, AND OKLAHOMA COUNTY**

*via CM/ECF*

Stefanie E. Lawson
**OKLAHOMA ATTORNEY GENERAL'S OFFICE**
313 NE 21st St.
Oklahoma City, OK 73105
**COUNSEL FOR DEFENDANTS HUNTER, HENDERSON, AND PRATER**

*via CM/ECF*

*/s/ Brandon Hakari*
Brandon Hakari