IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **TONYA PARKS, individually;** | ) | |
| **BENNIE GIBSON, individually;** | ) | |
| **FRANCES GIBSON, individually;** | ) | |
| **NYANZA COOK, individually;** | ) | |
| **ALEXANDER BEDNAR, individiually,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. CIV-23-41-R |
| | ) | |
| **AIG, an insurance company based in New York; CHICAGO TITLE, a California insurance company; TIMOTHY HENDERSON, a removed Oklahoma Judge accused of crimes; DAVID PRATER, Oklahoma County District Attorney in his individual and Official capacity MIKE HUNTER, Resigned Okalhoma State Attorney General, individually and officially; MELISSA ABERNATHY, a sheriff Deputy; BRETT SLIMP sheriff deputy OKLAHOMA COUNTY,** | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On this date, the Court considered Chicago Title Company's Motion for Extension of Time to Respond to Plaintiffs' Second Amended Complaint [Doc. 79] ("Motion"). Having considered the Motion, the Court determined that the Motion is meritorious and should be granted in its entirety.

The Motion is therefore GRANTED. Defendant Chicago Title Company's deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint [Doc. 69] is extended to March 15, 2024.

IT IS SO ORDERED this 4th day of March, 2024.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE