# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONYA PARKS, individually ) <br> BENNIE GIBSON, individually ) <br> FRANCES GIBSON, individually ) <br> NYANZA COOK, individually ) <br> ALEXANDER BEDNAR, individually ) <br>       Plaintiffs, ) <br> v. ) <br> ) <br> AIG, an insurance company based in New York ) <br> CHICAGO TITLE, a California insurance ) <br> Company ) <br> TIMOTHY HENDERSON, a removed ) <br> Oklahoma Judge accused of crimes, *et al* ) | Case *No. 5:23-cv-00041-R* <br><br> Jury Trial Requested |

**NOTICE OF CONVENTIONALLY FILED DOCUMENTS INCLUDING RECORDINGS AND VIDEOS ACCEPTED BY EDTX COURT CLERK AND PURPORTEDLY FILED IN THE FIFTH CIRCUIT, BUT NOT TRANSFERRED TO THIS COURT AS OF THIS DATE**

COMES NOW Alex Bednar, currently *pro se*, and notices this Court the Court Clerk for the Eastern District of Texas accepted electronic recordings conventionally filed at the Plano, Texas Courthouse, that are not transferred in this case as of today. Without such recordings, no complete record for appeal currently exists in the Western District of Oklahoma. No attorney contemplating representation of Plaintiffs is able to weigh the validity of claims against Defendants from the record and listen to such recordings and videos to determine strength of appeal. After confirming all recordings and videos he accepted as filed, the Eastern District Court clerk stated he uploaded those to the Fifth Circuit's "UD" drive. All Defendants and their counsel have been served with these recordings and have been able to create defense arguments, but this Court is missing key parts of the record.

Specifically, the following recordings are attached to filed documents and pleadings and are part of a conventionally filed record not transferred to this Court by the EDTX Court Clerk or by the Fifth Circuit:

- Document 11-1, Exhibit 2, found on page 8 of 133 in Doc. 11-1 (recording of OSBI agent downplaying Governor Stitt's directive to investigate victims of Defendant Henderson, to include attorneys harmed by Henderson). Mr. Bednar was an attorney in Henderson's court, harmed by Henderson. Mr. Bednar claims Defendants Henderson, Prater, and Hunter influenced this investigator from investigating Henderson as directed by Governor Stitt.

- Document 11-2, Exhibit 11, found on page 136 of 154 (recording of Sheriff Deputy Orman, supporting Plaintiffs' claim Henderson and Prater conspired to direct courthouse sheriffs to intimidate and falsely arrest Plaintiffs).

- Document 11-2, Exhibit 12, found on page 137 of 154

- Document 11-2, Exhibit 12(A), found on page 138 pf 154

- Document 11-2, Exhibit 13, found at page 142 of 154

- Document 11-2, Exhibit 14, found on page 143 of 154

- Document 11-11 (recording of AIG investigator)

- Document 11-12 (recording of Attorney General attorney)

- Document 37-1 (video in a flash drive)

- Document 37-2 (recording of courthouse administrator while Henderson was Chief Administrative Judge threatening contempt against Plaintiffs, and supporting argument that Plaintiffs' cases were strategically sealed to prevent public accountability and review of abuse of office by Defendants Oklahoma County, Prater, and Henderson and persons they recruited as part of their calculated acts to retaliate against Plaintiffs); (also supporting Plaintiffs' request for a Special Master to investigate and conduct jurisdictional discovery).

Respectfully Submitted

s/Alexander Bednar

_____

Alexander Bednar, currently *Pro Se*
P.O. Box 20082
Oklahoma City OK 73156

### CERTIFICATE OF SERVICE

On this date, September 17, 2024, I certify I have served the above pleading on counsel of record and parties through the ECF filing system in the Western District of Oklahoma in this case.

s/ Alexander Bednar
Alexander Bednar