# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TONYA PARKS, individually;** )<br>**BENNIE GIBSON, individually;** )<br>**FRANCES GIBSON, individually;** )<br>**NYANZA COOK, individually;** )<br>**ALEXANDER BEDNAR, individually,** )<br>)<br>**Plaintiffs,** )<br>)<br>v.                                               )<br>)<br>**AIG, an insurance company based in New** )<br>**York; CHICAGO TITLE, a California** )<br>**insurance company; TIMOTHY** )<br>**HENDERSON, a removed Oklahoma** )<br>**Judge accused of crimes;** )<br>**DAVID PRATER, Oklahoma County** )<br>**District Attorney in his individual and** )<br>**Official capacity MIKE HUNTER,** )<br>**Resigned Oklahoma State Attorney** )<br>**General, individually and officially;** )<br>**MELISSA ABERNATHY, a sheriff** )<br>**Deputy; BRETT SLIMP sheriff deputy** )<br>**OKLAHOMA COUNTY,** )<br>)<br>**Defendants.** ) | No. CIV-23-41-R |

## **ORDER**

Before the Court is Plaintiffs Tonya Parks, Nyanza Cook, Frances Gibson, and Bennie Gibson's Motion for Extension of Time to File an Amended Complaint [Doc. 135]. The Motion is hereby GRANTED. Plaintiffs are to submit their Amended Complaint by October 29th, 2024.

IT IS SO ORDERED this 16th day of October, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE