# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONYA PARKS, *et al* | |
| Plaintiff, | |
| v. | **Case No: 23-41-R** |
| AIG*, et al* | |
| Defendants. | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I enter my appearance as counsel in this case for: **Defendant Assistant Attorney General Stefanie Lawson.** I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

/s/ Lexie Norwood
**LEXIE P. NORWOOD, OBA#31414**
Assistant Attorney General
Oklahoma Attorney General's Office
313 NE 21st St.
Oklahoma City, OK 73105
Telephone:  405.521.3921
Facsimile:   405.521.4518
Email: lexie.norwood@oag.ok.gov
*Attorney for AAG Lawson*

~ 2 ~

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day December 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the ECF System to all counsel of record who are ECF participants.

                                          /s/ Lexie Norwood
                                          Lexie P. Norwood